**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITES STATES OF AMERICA, *ex rel.* MARY LUPE ARANA, and KATHIE HUFSTETLER,** | ) | |
| **Plaintiff/*Qui Tam* Relators,** | ) | |
| **V.** | ) | **CIVIL ACTION NO. SA-16-CA-1020-FB FILED UNDER SEAL** |
| **JADE CHANG-SHEPPARD, and GIDEON CONTRACTING, LIMITED LIABILITY COMPANY d/b/a Gideon USA,** | ) | |
| **Defendants.** | ) | |

**ORDER UNSEALING AND DISMISSING *QUI TAM* ACTION WITHOUT PREJUDICE AND FINAL JUDGMENT**

Before the Court is the Relators' Unopposed Motion for Voluntary Dismissal of *Qui Tam* Action Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2). (Docket no. 13). After careful consideration, and having noted that the United States consents to the dismissal, the Court is of the opinion the motion should be granted as set forth below in this Order Unsealing and Dismissing *Qui Tam* Action Without Prejudice and Final Judgment (hereinafter, "Order and Judgment").

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that:

(1) Relators' Unopposed Motion for Voluntary Dismissal of *Qui Tam* Action Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2), (docket no. 13), is GRANTED such that this action is DISMISSED WITHOUT PREJUDICE.

(2) The Clerk is directed to UNSEAL the following items: (1) the Complaint; (2) Relators' Unopposed Motion for Voluntary Dismissal of *Qui Tam* Action Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2); and (3) this Order and Judgment.

(3) All other documents filed in this action prior to this Order and Judgment shall remain UNDER SEAL.

(4) The seal is LIFTED as to all documents, if any, which may be filed in this action after the date of this Order and Judgment. This action and the unsealed items listed in section (2) shall be viewable on PACER.

(5) Motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 7th day of August, 2018.

FRED BIERY
UNITED STATES DISTRICT JUDGE